

## Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-13-00002-CV

## Trial Court No. 87-11313

**Christopher Joel Davey**

**Vs.**

**Margarett Jordan Royalties, Inc., et al**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---:|---|
| Motion fee | $10.00 | Barbara Gorman |
| Motion fee | $10.00 | Zukowski, Bresenhan, Sinex & Petry |
| Motion fee | $10.00 | Martin Walker P.C. |
| Motion fee | $10.00 | Keith Dollahite |
| Motion fee | $10.00 | Martin Walker |
| Clerk's record | $1,721.00 | Unknown |
| Reporter's record | $265.00 | Unknown |
| Reporter's record | $101.67 | Unknown |
| Indigent | $25.00 | Martin Walker |
| Filing | $100.00 | Martin Walker |
| Supreme Court chapter 51 fee | $50.00 | Martin Walker |
| **TOTAL:** | $2,312.67 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 5th day of May 2015, A.D.

CATHY LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk